820

No. 167. UNION RURAL ELECTRIC ASSOCIATION, INC., v. PUBLIC SERVICE CO. OF COLORADO ET AL. Supreme Court of Colorado. Certiorari denied. *Morrison Shafroth* for petitioner. *Gerhard A. Gesell* and *Robert L. Randall* for Public Service Co. of Colorado, and *Seymour O'Brien* and *William B. Rafferty* for Colorado Central Power Co., respondents.

No. 193. NORMAN v. CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Russell E. Parsons* for petitioner.

No. 194. DAYAN v. CALIFORNIA. Supreme Court of California. Certiorari denied. *Nathan Newby, Jr.* for petitioner. *Roger Arnebergh* and *Philip E. Grey* for respondent.

No. 189. COMMONWEALTH ENGINEERING CO. OF OHIO v. UNITED STATES. Court of Claims. Certiorari denied. *Harry A. Toulmin, Jr.* and *George W. Stengel* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade* and *Herbert E. Morris* for the United States.

No. 201. PENNSYLVANIA TURNPIKE COMMISSION v. McGINNES, DISTRICT DIRECTOR OF INTERNAL REVENUE, ET AL. C. A. 3d Cir. Certiorari denied. *Aaron M. Fine* and *Harold E. Kohn* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *A. F. Prescott* for McGinnes, *Frederick G. McGavin* for Manu-Mine Research & Development Co., and *Daniel Mungall, Jr.* for Seaboard Surety Co., respondents.